**E. V. THIELECKE, Plaintiff-Appellant,**

v.

**Edith L. MUNDAY, Erman L. Brawley, and John Tarvid, Defendants-Respondents.**

**No. 10169.**

Missouri Court of Appeals, Springfield District.

Aug. 17, 1977.

Joseph Langworthy, Pacific, for plaintiff-appellant.

No appearance for defendants-respondents.

Before BILLINGS, C. J., and TITUS and FLANIGAN, JJ.

BILLINGS, Chief Judge.

Plaintiff appeals from the trial court's action in sustaining the motions to dismiss of defendants Brawley and Tarvid.

Plaintiff filed a two-count petition in the Circuit Court of Reynolds County. Count one sought damages from defendants Munday, Brawley and Tarvid for alleged fraud. Count two was against defendant Munday for alleged negligence.

Defendant Munday filed a motion attacking the venue. Defendants Brawley and Tarvid filed a joint motion to dismiss which the trial court sustained. Plaintiff appealed.

The order appealed from does not dispose of all the parties and all the issues and is not a final judgment for purposes of appeal within the meaning of Rule 74.01, V.A.M.R.; *Lewis v. Esselman,* 512 S.W.2d 423 (Mo.App.1974).

Appeal dismissed.